(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

*Newman Shantell*

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

*Hunter Biden Jr.*

_____

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)

Civ. Action No. **23-1104**
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Newman Shantell
Name (Last, First, MI)

68 Oakmont Drive
[redacted]
Street Address

New Castle      Delaware      19720
County, City      State      Zip Code

_____      _____
Telephone Number      E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: BIDEN HUNTER JR.
Name (Last, First)

1209 Barley Mill Rd.
Street Address

New Castle, Wilmington   Del   19801
County, City      State      Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____
County, City      State      Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: ____N|A_____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

Defendant 4: ____N|A_____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____
_____
_____
_____

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Under 28 USC (1),(2),(3),(4) all apply

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington Delaware

Date(s) of occurrence: 2019 - 2023

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

In 2022 I came in and reported Hunter Biden JR. And Joe Biden used my social security number to get business from China, Japan, Russia and ETC. The Cops were called The officer seen the multi million dollar accounts.

Page **4** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

These accounts also helped fund the lab that created Covid-19.

Was anyone else involved?

Dear Courts

I pray on this day Oct 4, 2023 that I can be free and my people free. We the people free. I came before this court today hoping I can take Hunter Biden to Court. For using his Brother Beau to lock me up to use my Social Security number to create "LLC" this has hurt my ability for a better future. Since The (TTLA) truth and lending Act seem not to be honored. Hunter Biden put drugs and guns in the community. I personally seen Hunter Biden in Wilmington Delaware around feb 2017 getting a favor he put his hoodie on and tried covering his face. But you cant forget the presidents son. I feel like now that he has been caught. With lying about his location the people who appeared with him. The people kept his hobbit going.

or else they would be arrested. Hunter Biden has also involved his Dad by using him to go against the community. The community he used to keep him alive when his Dad kicked him out.

I pray that justice be served and that my Gun charge is also overturned. I did a post conviction as was still denied. Please use this information to hold Hunter Biden accountable.

Sincerely Shantell Redmon

(Del. Rev. 11/14) Pro Se General Complaint Form

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

my social security number is now public and has be compermised

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 24. Million

☐ Other (explain):

I want all monies from the accounts used in all UC - money profit from using my social security number and having gained a lifestyle

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

10/4/2023
Dated

*[signature]*
Plaintiff's Signature

Newman, Shantell
Printed Name (Last, First, MI)

68 Oakmont Dr.   New Castle   DE   19720
Address                     City            State   Zip Code

_____            _____
Telephone Number                    E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 8 of 8