IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHANTELL D. NEWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1104 (MN) |
| | ) |
| HUNTER BIDEN, JR., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 16th day of October 2023, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 (D.I. 1), IT IS HEREBY ORDERED that the application is **GRANTED**.

_____
The Honorable Maryellen Noreika
United States District Judge